**Electronically Filed
Supreme Court
SCWC-23-0000185
29-MAY-2024
01:11 PM
Dkt. 8 OGAC**

SCWC-23-0000185

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellant,

vs.

RANDALL HOFFMAN,
Petitioner/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000185; CASE No. 5CPC-21-0000264)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)


The application for writ of certiorari filed on April 24, 2024, by Petitioner/Defendant-Appellee Randall Hoffman is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, May 29, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

